UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARABIA WHITFIELD, ET AL** | **CIVIL ACTION 09-1877** |
| **VERSUS** | **SECTION N** |
| **WARREN RILEY, ET AL** | **MAGISTRATE 2** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AMENDED COMPLAINT**

NOW INTO COURT, comes complainant ARABIA WHITFIELD, appearing individually and on behalf of he minor son, Christopher Grimes, who with respect amends her original COMPLAINT by adding the following paragraphs:

**1.**

Named additional defendants herein are:

a. DANIEL SCANLAN;

b. JULIO ALONZO, JR.;

c. LARISSA AUSTIN;

d. REGINA BARR;

e. COLETTE BOOTH;

f. STEVEN KELLER;

g. GREG LAPIN

g. JOSEPH MEISCH; and

h. MARCELLUS WHITE,

all alleged upon the basis of information and belief to be adult persons and residents of the State of Louisiana, who were at all times pertinent hereto employees of the New

Orleans Police Department and participants in the incident of January 1, 2009 in which ADOLPH GRIMES, III was killed and in the conspiracy to cover up the facts of the shooting.

**2.**

Complainant alleges that defendants DANIEL SCANLAN, JULIO ALONZO, LARISA AUSTIN, REGINA BARR, COLETTE BOOTH, STEVEN KELLER, GREG LAPIN, JOSEPH MEISCH and MARCELLUS WHITE are the persons referred to throughout the original Complaint as the "as-yet unnamed officers" and as such are liable because of their actions and inactions unto complainant and her minor child along with all previously named defendants jointly, severally and in solido for any and all damages resulting from the wrongful killing of ADOLPH GRIMES, III in violation of the laws of Louisiana and the United States Constitution.

WHEREFORE, plaintiff, Arabia Whitfield, respectfully amends her Complaint as expressed in the above and foregoing document, reasserts and realleges all allegations contained in the original complaint as if pleaded again herein in extenso, and prays that, after due proceedings had, there be judgment entered in favor of Arabia Whitfield and against all defendants named in the original complaint and herein jointly, severally and in solido for all reasonable compensatory and special damages and for all costs of these proceedings, as well as reasonable attorney's fees and any other relief deemed appropriate by the trier of fact and the court.

        Respectfully submitted,

        *s/Betsy J. Barnes*_____
        BETSY J. BARNES, LSBA #19473
        RICHARD L. ROOT, LSBA #19988
        BARNES & ROOT, LLC
        631 St. Charles Avenue
        New Orleans, LA 70130
        P 504.568.0077
        F 504.568.0909