UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARABIA WHITFIELD, ET AL. | CIVIL ACTION |
| VERSUS | NO. 09-1877, c/w 09-8074 |
| WARREN RILEY, ET AL. | SECTION "N" (2) |

### ORDER

**IT IS ORDERED** that the **Uncontested Joint Motion to Stay Proceedings Until Disposition of Related Justice Department Criminal Proceedings (Rec. Doc. 43)** is **GRANTED**.

**IT IS ALSO ORDERED** that the Clerk of Court mark this action closed for statistical purposes.

**IT IS FURTHER ORDERED** that the Court shall retain jurisdiction and that the case shall be restored to the trial docket upon motion of a party if circumstances change, so that it may proceed to final disposition; this order shall not prejudice the rights of the parties to this litigation.

**IT IS FINALLY ORDERED** that, based on this Order, the **Partial Motion to Dismiss for Lack of Standing and Pursuant to F.R.C.P. 12(B)(6) (Rec. Doc. 37)** is **DENIED AS MOOT**. This motion may be re-urged when/if the stay is lifted.

New Orleans, Louisiana, this 16th day of April 2010.

_____
KURT D. ENGELHARDT
United States District Judge