UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**ARABIA WHITFIELD, ET AL**          **CIVIL ACTION**

**VERSUS**                           **NO.: 09-1877 c/w: 09-8074**

**WARREN RILEY, ET AL**              **SECTION M, MAG. 2**
                                     **(APPLIES TO NO.: 09-8074)**

* * * * * * * * * * * * * * * * * * * * * * * * * *

### SUGGESTION OF DEATH/NOTICE OF DEATH
### UPON THE RECORD UNDER F.R.C.P. 25(a)(1)

The plaintiff, PATRICIA GRIMES, suggests upon the record, pursuant to Rule 25(a)(1), the death of the plaintiff, Adolph Grimes, Jr., during the pendency of this action.

Respectfully submitted;

**GARY W. BIZAL, L.L.C.**

s/GARY W.BIZAL
**GARY W. BIZAL** (La. Bar No. 01255)
4907 Magazine Street
New Orleans, Louisiana 70115
(504)525-1328 Telephone
(504)525-1353 Fax
Attorney for Plaintiffs

### CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2019 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

s/Gary W. Bizal
**GARY W. BIZAL**