UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ARABIA WHITFIELD, ET AL | * | CIVIL ACTION NO. 09-1877 C/W |
| | | 09-8074 |
| | * | |
| VERSUS | | SECTION "M" (2) |
| | * | |
| | | JUDGE BARRY W. ASHE |
| CITY OF NEW ORLEANS, ET AL | * | |
| | | MAGISTRATE WILKINSON |
| *   *   *   *   *   *   * | | **(APPLIES TO NO. 09-1877)** |

**INVOCATION OF QUALIFIED IMMUNITY, AFFIRMATIVE DEFENSES,
AND ANSWER TO PLAINTIFF'S COMPLAINT AND AMENDED COMPLAINT
AND JURY DEMAND IN CIVIL ACTION NO. 09-1877**

**NOW INTO COURT**, through undersigned counsel, come Defendants, Sgt. Daniel Scanlan, Officer Regina Barr, Officer Larisa Austin, Officer Collette Booth Hart, Joseph Meisch, Greg Lapin, Steven Keller, Marcellus White, and Julio Alonzo, and in answer to the Plaintiffs' Complaint, respectfully represent:

**INVOCATION OF QUALIFIED IMMUNITY**

Defendants hereby invoke the defense of qualified immunity, which bars Plaintiff's suit.

**AND NOW, IN FURTHER ANSWERING DEFENDANTS INVOKE THE FOLLOWING AFFIRMATIVE DEFENSES:**

**FIRST DEFENSE**

Plaintiffs' Complaint fails to state a right, cause or claim upon which relief can be granted by these defendants.

**SECOND DEFENSE**

Defendant's conduct did not deprive Plaintiff of any rights, privileges, or immunities secured by the Constitution or Laws of the United States.

**THIRD DEFENSE**

In the alternative, the cause in fact of the damages complained of were the acts of Adolph Grimes, III, which acts should operate as a complete bar to Plaintiff's Complaint and any recovery or, in the alternative, to reduce any recovery by Plaintiff proportionally with the legal fault of Adolph Grimes, III.

**FOURTH DEFENSE**

Defendants pleads immunity from suit afforded to him by LSA-R.S. 9:2798.1 and any and all other statutes and jurisprudence entitling Defendants to immunity.

**FIFTH DEFENSE**

Defendants specifically plead that they are entitled to and protected by the qualified immunity afforded to public officials for acts committed during the course of their official duties, which acts as a bar to Plaintiffs' suit.

**SIXTH DEFENSE**

Defendants specifically plead that they are entitled to the immunity afforded public officials for discretionary acts under applicable state law pursuant to any and all other statutes and jurisprudence entitling defendant to immunity under state law.  *See*, *e.g.*, *Kyle v. City of New Orleans*, 353 So.2d 969 (La. 1977).

**SEVENTH DEFENSE**

Defendants aver that at all times pertinent hereto they were acting in good faith and without malice to enforce the laws and ordinances of the Parish of Orleans, and the Constitution and Statutes of the United States of America and the State of Louisiana.

**EIGHTH DEFENSE**

All actions taken by Defendants herein were taken in good faith, under the law, and without malice.

**NINTH DEFENSE**

Defendants aver that at all times pertinent hereto their actions were reasonable, justified and legally permissible under the circumstances.

**TENTH DEFENSE**

Defendants herein submit that the claims of Plaintiff are groundless and/or unreasonable, and, as such, Defendants herein are entitled to an award against the Plaintiff for all attorney's fees and costs expended in this matter pursuant to federal law and, if applicable, 42 U.S.C. § 1988.

**AND NOW FOR ANSWER TO THE SPECIFIC ALLEGATIONS OF PLAINTIFF'S COMPLAINT, DEFENDANTS RESPOND AS FOLLOWS:**

1. The allegations set forth in Paragraph 1 of Plaintiff's Complaint are denied for lack of sufficient information to justify a belief therein.

2. The allegations set forth in Paragraph 2 of Plaintiff's Complaint are denied except to admit that jurisdiction and venue are proper.

3. The allegations in Paragraph 3 are denied except to admit that Defendants are made defendants herein.

4. The allegations contained in Paragraph 4 are denied.

5. The allegations contained in Paragraph 5 are denied.

6. The allegations contained in Paragraph 6 are denied.

7. The allegations contained in Paragraph 7 are denied.

8. The allegations contained in Paragraph 8 are denied.

9. The allegations contained in Paragraph 9 are denied.

10. The allegations contained in Paragraph 10 are denied.

11. The allegations contained in Paragraph 11 are denied for lack of sufficient information to justify a belief therein.

12. The allegations contained in Paragraph 12 are denied for lack of sufficient information to justify a belief therein.

13. The allegations contained in Paragraph 13 are denied for lack of sufficient information to justify a belief therein.

14. The allegations contained in Paragraph 14 are denied for lack of sufficient information to justify a belief therein.

15. The allegations contained in Paragraph 15 are denied for lack of sufficient information to justify a belief therein..

16. The allegations contained in Paragraph 16 are denied.

17. The allegations contained in Paragraph 17 are denied.

18. The allegations contained in Paragraph 18 are denied.

19. The allegations contained in Paragraph 19 are denied.

20. The allegations contained in Paragraph 20 are denied.

21. The allegations contained in Paragraph 21 are denied.

22. The allegations contained in Paragraph 22 are denied.

23. The allegations contained in Paragraph 23 are denied.

24. The allegations contained in Paragraph 24 are denied.

25. The allegations contained in Paragraph 25 are denied.

26. The allegations contained in Paragraph 26 are denied.

27. The allegations contained in Paragraph 27 do not require an answer.

**AND NOW FOR ANSWER TO THE SPECIFIC ALLEGATIONS OF PLAINTIFF'S AMENDED COMPLAINT, DEFENDANTS RESPOND AS FOLLOWS:**

1. The allegations contained in Paragraph 1 are denied except to admit that Defendants are named as Defendants.

2. The allegations contained in paragraph 2 are denied.

## RESERVATION OF RIGHTS

To the extent permitted by law, Defendants herein reserve their right to supplement and amend this Answer and to assert additional affirmative defenses as future discovery may warrant and require.

## JURY DEMAND

Defendants herein pray that this matter be tried before a jury as to all claims against all Defendants, present and future.

**WHEREFORE**, Defendants pray that, after due proceedings are had, judgment be rendered in favor of Defendants and against Plaintiff, dismissing Plaintiff's Complaint and Amended Complaint with prejudice and at her cost. Defendants further pray for all other equitable relief appropriate and afforded under the law.

[*Signature block on following page.*]

Respectfully submitted,

*Michael J. Laughlin*

_____
**MICHAEL J. LAUGHLIN, LSB#01668**
ASSISTANT CITY ATTORNEY
**CHURITA H. HANSELL, LSB# 25694**
CHIEF DEPUTY CITY ATTORNEY
**DONESIA D. TURNER, LSB# 23338**
SR. CHIEF DEPUTY CITY ATTORNEY
**SUNNI J. LEBEOUF, LSB# 28633**
CITY ATTORNEY
1300 PERDIDO STREET
ROOM 5E03- CITY HALL
NEW ORLEANS, LOUISIANA 70112
TELEPHONE:  (504) 658-9800
FACSIMILE:   (504) 658-9868

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2019, I electronically filed the above and foregoing pleading with the Clerk of Court using the CM/ECF system which will send a notice of electronic filing to counsel for all parties and that I served Plaintiff's counsel this same date by electronic mail.

*Michael J. Laughlin*
_____
MICHAEL J. LAUGHLIN