UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARABIA WHITFIELD, ET AL | CIVIL ACTION |
| VERSUS | NO. 09-1877 c/w 09-8074 |
| CITY OF NEW ORLEANS, ET AL | SECTION: M (2) |

**O R D E R**

In light of plaintiff Arabia Whitfield's pending motion for leave to file amended complaint (R. Doc. 77),[1] set for submission before the magistrate judge on December 11, 2019,

IT IS ORDERED that oral argument on defendants' motion to dismiss pursuant to Rule 12(b)(6) and motion for judgment on the pleadings pursuant to Rule 12(c) (R. Doc. 67), currently set for Thursday, December 5, 2019, is CANCELLED.

Oral argument on defendants' partial motion to dismiss pursuant to Rules 12(b)(1) and (12)(b)(6) and motion for judgment on the pleadings pursuant to Rule 12(c) (R. Doc. 69)[2] remains in place and will be heard on Thursday, December 5, 2019, at 10:00 a.m.

New Orleans, Louisiana, this 3rd day of December, 2019.

BARRY W. ASHE
UNITED STATES DISTRICT JUDGE

---

[1] Applies to Case No. 09-1877.
[2] Applies to Case No. 09-8074.