MINUTE ENTRY
ASHE, J.
JULY 7, 2021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ARABIA WHITFIELD | CIVIL ACTION |
| VERSUS | NO. 09-1877 |
| WARREN RILEY, *et al.* | SECTION M (3) |

## MINUTE ENTRY

Courtroom Deputy:   Cherie Charles
Court Reporter:     Jodi Simcox

APPEARANCES:   Glenn C. McGovern and Callan Julia Johns, Counsel for Plaintiff Arabia Whitfield, individually and on behalf of her minor son, C.G.

Michael J. Laughlin and Churita H. Hansell, Counsel for Defendants Warren Riley, Joseph Meisch, Daniel Scanlan, Greg Lapin, Steven Keller, Marcellus White, Julio Alonzo, Larisa Austin, Regina Barr, Colette Booth, and the City of New Orleans.

A pretrial conference was scheduled on July 1, 2021, at 10:30 a.m.
At the conference, the parties advised the Court that a settlement had been reached.
Therefore, the conference was converted to a hearing to place the settlement on the record.

Case called; all present and ready.
Counsel made their appearances.
The parties recited the terms and conditions of their settlement agreement in open court.
A 60-day dismissal order will be forthcoming.
Court adjourned.

JS10:  00:30