UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ARABIA WHITFIELD ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO. 09-1877 c/w 09-8074** |
| **WARREN RILEY, ET AL** | **SECTION M (2)** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PROPOSED ORDER**

**CONSIDERING** the foregoing MOTION TO WITHDRAW PLAINTIFFS' MOTION TO ENFORCE WRITTEN SETTLEMENT AND STATUTORY PENALITES ATTORNEY FEES AND COSTS FOR FAILURE TO PAY SETTLEMENT,

**IT IS HEREBY ORDERED** that Plaintiffs' MOTION TO WITHDRAW PLAINTIFFS' MOTION TO ENFORCE WRITTEN SETTLEMENT AND STATUTORY PENALITES ATTORNEY FEES AND COSTS FOR FAILURE TO PAY SETTLEMENT is hereby **GRANTED**.

**THUS DONE AND SIGNED** this _____ day of _____, 2021 in New Orleans, Louisiana.

_____
**HONORABLE JUDGE BARRY W. ASHE
UNITED STATES DISTRICT COURT JUDGE**

1