UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ARABIA WHITFIELD, *et al.*  　　　　　　CIVIL ACTION

VERSUS  　　　　　　NO. 09-1877 c/w 09-8074
　　　　　　PERTAINS TO 09-1877

WARREN RILEY, *et al.*
　　　　　　SECTION M (2)

## ORDER

Considering the motion of plaintiff Arabia Whitfield individually and behalf of her minor child C.G. to withdraw plaintiffs' motion to enforce written settlement and statutory penalties attorney fees and costs for failure to pay settlement (R. Doc. 302),

IT IS ORDERED that the motion is granted.

IT IS FURTHER ORDERED that plaintiffs' motion to enforce written settlement and statutory penalties attorney fees and costs for failure to pay settlement (R. Doc. 298) be withdrawn.

New Orleans, Louisiana, this 3rd day of November, 2021.

　　　　　　_____
　　　　　　BARRY W. ASHE
　　　　　　UNITED STATES DISTRICT JUDGE